1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Higuera-Lopez

7
8                       UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )    Case No. 08mj1108
                                 )
12            Plaintiff,         )
                                 )
13 v.                            )
                                 )    **NOTICE OF APPEARANCE**
14 **JORGE LUIS HIGUERA-LOPEZ,** )
                                 )
15            Defendant.         )
                                 )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
   in the above-captioned case.
19
                                      Respectfully submitted,
20
   Dated: April 15, 2008              s/ *Michelle Betancourt*
21                                    **MICHELLE BETANCOURT**
                                      Federal Defenders of San Diego, Inc.
22                                    Attorneys for Defendant
                                      michelle_betancourt@fd.org
23
24
25
26
27
28