**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No. 057083
1202 Kettner Blvd.., Suite 4200
San Diego, California 92101-3342
Telephone: (619) 239-9456
Fax: (619) 239-9334

FILED
APR 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Defendant JORGE LUIS HIGUERA-LOPEZ

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 08MJ1108 |
| Plaintiff, ) | SUBSTITUTION OF ATTORNEYS |
| v. ) | |
| JORGE LUIS HIGUERA-LOPEZ, ) | |
| Defendant. ) | |

I, JORGE LUIS HIGUERA-LOPEZ, hereby substitute Marc B. Geller, A.P.C. as my counsel of record in place of Federal Defenders, Inc., previously appointed by the Court.

Dated: April 23, 2008

_____
JORGE LUIS HIGUERA-LOPEZ

I consent to the above substitution of counsel.

Dated: April 24, 2008

_____
FEDERAL DEFENDERS OF SAN DIEGO, INC.

I accept the above substitution.

Dated: April 23, 2008

_____
MARC B. GELLER, APC

IT IS SO ORDERED

Dated: 4/24/2008

_____
UNITED STATES MAGISTRATE JUDGE